**Motion Granted and Abatement Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-10-00772-CR**
**NO. 14-10-00771-CR**

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**MARK STEVEN BELL, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1238939 and 1238940**

## ABATEMENT ORDER

On December 13, 2012, the parties filed a joint agreed motion to abate these appeals pending finalization of an agreement they anticipate will lead to dismissal of these appeals. The motion is granted. Accordingly, we issue the following order.

The appeals are abated, treated as closed cases, and removed from this court's active docket for a period of 60 days from the date of this order. The appeals will be reinstated on this court's active docket at that time, or when the parties file a motion to

dismiss these appeals.  The court will also consider an appropriate motion to reinstate the appeals filed by either party, or the court may reinstate the appeals on its own motion.


PER CURIAM